**Tommie W. OVERSTREET,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. 58754.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 25, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 1991.

---

**2.** "Rule 54(b) of Federal Rules of Civil Procedure is the source and virtual equivalent of Rule

74.01(b)." *Caldwell* at 466.

Phil Horwitz, Clayton, for movant/appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

ORDER

Movant Tommie W. Overstreet appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).